IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ROGER L. JENNINGS,  )
        Plaintiff,  )
  )
v.  )   No. 2:13-CV-246
  )
CAROLYN W. COLVIN,  )
Commissioner of Social Security,  )
  )
        Defendant.  )

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the objections to the report and recommendation filed by plaintiff [doc. 20] are **OVERRULED**. The report and recommendation [doc. 19] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

The Commissioner's motion for summary judgment [doc. 15] is **GRANTED**, and plaintiff's motion for summary judgment [doc. 12] is **DENIED**. The Commissioner's decision denying plaintiff's applications for benefits is **AFFIRMED.**

This case is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
DEBRA C. POPLIN
CLERK OF COURT